# United States Court of Appeals
## For the First Circuit

No. 18-1513

UNITED STATES OF AMERICA,

Appellee,

v.

SIDNEY P. KILMARTIN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on December 6, 2019 is amended as follows:

On page 16, line 1:  replace "foregone" with "forgone"